

Signed and Filed: April 12, 2010

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

Stephen J. Kottmeier (State Bar No. 077060)
Olga V. Mack (State Bar No. 244912)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor
BRIDGE BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL R. NOURIE,<br><br>　　　　Debtor, | CASE NO. 09-33331 TEC<br><br>RS No. SJK-001<br><br>CHAPTER NO. 11<br><br>**ORDER GRANTING SECURED CREDITOR BRIDGE BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

　　　　Secured Creditor Bridge Bank, N.A.'s ("Bridge") Motion for Relief from the Automatic Stay (the "Motion") came on for hearing at 1:00 p.m. on March 29, 2010 in Courtroom 23 of the above-entitled Court, the Hon. Judge Thomas Carlson presiding. Stephen J. Kottmeier of Hopkins & Carley appeared for Bridge and William F. McLaughlin, Esq., appeared on behalf of the Debtor In Possession. All other appearances were as noted on the record. Having considered the papers and oral argument and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED AS FOLLOWS:

　　　　1.　　Bridge's Motion is hereby granted as provided herein;

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

713\682067.2

ORDER GRANTING SECURED CREDITOR BRIDGE BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY - 09-33331 TEC

Case: 09-33331　　Doc# 42　　Filed: 04/12/10　　Entered: 04/13/10 07:47:22　　Page 1 of 2

2. Bridge is hereby granted relief from the automatic stay, effective on May 3, 2010, to exercise its rights and remedies under its deed of trust, other loan documents, and state law with respect to its real property collateral as follows: real property commonly known as "95 Camborne Avenue, San Carlos, CA. 94070," Assessor's Parcel No. 049-062-410.

**\*\*END OF ORDER\*\***

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

713\682067.2

- 2 -

ORDER GRANTING SECURED CREDITOR BRIDGE BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY - 09-33331 TEG

Case: 09-33331    Doc# 42    Filed: 04/12/10    Entered: 04/13/10 07:47:22    Page 2 of 2